| | |
|---|---|
| 1 | Alex L. Fugazzi, Esq. (Nevada Bar No. 9022) |
| | SNELL & WILMER L.L.P. |
| 2 | 3883 Howard Hughes Parkway, Suite 1100 |
| | Las Vegas, Nevada 89169 |
| 3 | Telephone: 702.784.5200 |
| | Facsimile: 702.784.5252 |
| 4 | Email: afugazzi@swlaw.com |
| 5 | Douglas C. Rawles (*pro hac vice to be filed*) |
| | Raffi Kassabian (*pro hac vice to be filed*) |
| 6 | REED SMITH LLP |
| | 355 South Grand Avenue, Suite 2900 |
| 7 | Los Angeles, CA 90071 |
| | Tel. (213) 457-8000 |
| 8 | Fax. (213) 457-8080 |
| | Email: drawles@reedsmith.com |
| 9 | rkassabian@reedsmith.com |
| 10 | *Attorneys for Defendant* |
| | *Nevada Property 1 LLC d/b/a* |
| 11 | *the Cosmopolitan of Las Vegas* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BOWES, an individual; and DAVID KAMSLER, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA PROPERTY 1 LLC, a Delaware limited liability company d/b/a The Cosmopolitan of Las Vegas,<br><br>Defendant. | Case No.: 2:17-cv-02913-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT AND MOTION TO CONSOLIDATE**<br><br>(FIRST REQUEST) |

Plaintiffs Charles Bowes and David Kamsler (collectively, "Plaintiffs") and Defendant Nevada Property 1 LLC d/b/a The Cosmopolitan of Las Vegas ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to extend the response date to Plaintiffs' Complaint (ECF No. 1) and Motion to Consolidate (ECF No. 4), as follows:

1. The deadline for Defendant to file its response to the Complaint shall be February 26, 2018.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

2. The deadline for Defendant to file its response to the Motion to Consolidate shall be February 26, 2018.

This stipulation for additional time is made to allow Defendant additional time to gather facts and prepare responses to the allegations in the Complaint.

Dated: February 12, 2017

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN

*/s/ Don Springmeyer*
Don Springmeyer (NV Bar. 1021)
Bradley Schrager (NV Bar 10217)
3556 E. Russell Road, 2nd Floor
Las Vegas, NV 89120-2234

R. Bryant McCulley (*pro hac to be filed*)
McCULLEY McCLUER PLLC
1022 Carolina Blvd., Suite 300
Charleston, SC 29451

Joshua T. Ripley (*pro hac to be filed*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*
*Charles Bowes and David Kamsler*

Dated: February 12, 2017

SNELL & WILMER L.L.P.

*/s/ Alex L. Fugazzi*
Alex L. Fugazzi (NV Bar No. 9022)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Douglas C. Rawles (*pro hac vice to be filed*)
Raffi Kassabian (*pro hac vice to be filed*)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

*Attorneys for Defendant*
*Nevada Property 1 LLC d/b/a*
*the Cosmopolitan of Las Vegas*

IT IS SO ORDERED.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

Dated: February 14, 2018

4830-5559-7405